**Order entered December 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01233-CV

### DAVID E. SHAW, Appellant

### V.

### CITY OF DALLAS, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08164**

## ORDER

Before the Court is appellant's December 13, 2019 motion for extension of time to file his brief. Appellant, however, timely filed his brief on December 16, 2019. Accordingly, we **DENY** the motion as moot.

/s/     ERIN A. NOWELL
        JUSTICE